## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| IN RE<br><br>JASON L. WOEHLER,<br>                    DEBTOR.<br><br>RUSSELL BRANDT,<br>                    Plaintiff<br>v.<br>JASON L. WOEHLER,<br>                  Defendant. | Bankruptcy No. 18-12299-CMA<br><br>Adversary No.<br><br>**NOTICE REGARDING FINAL ADJUDICATION AND CONSENT** |

PLEASE TAKE NOTICE that the Plaintiff brings this Complaint in accordance with Fed. R. Bankr. P. 7001(4), (6) and (8). This matter is a core proceeding and requires consent by the parties to entry of final orders or judgments by the bankruptcy judge. If consent is necessary, the party consents.

DATED this December 21, 2018

By: */s/ SaraEllen Hutchison*
SaraEllen Hutchison, WSBA No. 36137
Attorney for Creditor Brandt

NOTICE REGARDING FINAL ADJUDICATION AND CONSENT - Page 1

**Law Office of SaraEllen Hutchison, PLLC**
2367 Tacoma Ave. S | Tacoma, WA 98402
telephone (206) 529-5195 | fax (253) 302-8486
saraellen@saraellenhutchison.com