**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

IN RE

JASON L. WOEHLER,

               DEBTOR.

_____

RUSSELL BRANDT,

               Plaintiff

   v.

JASON L. WOEHLER,

               Defendant.

Bankruptcy No. 18-12299-CMA

Adversary No. 18-01169-CMA

**CERTIFICATE OF SERVICE**

     I hereby certify pursuant to LBR 7004-1 and under penalty of perjury under the laws of the State of Washington that on <u>December 26, 2018</u> I served the Summons, Adversary Complaint, Civil Cover Sheet, Notice of Pretrial Conference, LBR 9040-3 Mediation Certification Form and Notice Regarding Final Adjudication and Consent to:

Debtor, Jason L. Woehler
1920A E SPRUCE ST
SEATTLE, WA 98122-5831
Via USPS Priority Mail 1-Day, Tracking No. **9405503699300369544404**

Debtor's Attorney, James Dickmeyer
121 3RD AVE
KIRKLAND, WA 98033-6160
Via USPS Priority Mail 1-Day, Tracking No. **9405503699300369544428**

     DATED this December 26, 2018 at Tacoma, WA

               By: */s/ SaraEllen Hutchison*
                  SaraEllen Hutchison, WSBA No. 36137
                  Attorney for Creditor Brandt

CERTIFICATE OF SERVICE - Page 1

**Law Office of SaraEllen Hutchison, PLLC**
539 BROADWAY | TACOMA, WA 98402
telephone (206) 529-5195 | fax (253) 302-8486
SARAELLEN@SARAELLENHUTCHISON.COM