Judge: Christopher M. Alston
Chapter: 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JASON L. WOEHLER<br><br>Debtors | Case No: 18-12299-CMA |
| RUSSELL BRANDT<br><br>Plaintiff<br><br>vs.<br><br>JASON L. WOEHLER<br><br>Defendant | Adv. Proc No: 18-01169-CMA |

TO: Plaintiff above-named and his counsel.

PLEASE TAKE NOTICE that the undersigned attorney hereby appears and gives notice of his appearance for defendant Jason L. Woehler in the above-entitled action. All further pleadings, papers and notices in this action, except original process, shall be served on the undersigned attorney at the address below stated:

Notice of Appearance - 1

**JAMES E. DICKMEYER, PC**
121 Third Avenue   PO Box 908
Kirkland, Washington  98083-0908
(425) 889-2324

James E. Dickmeyer
121 Third Avenue  PO Box 908
Kirkland WA  98083-0908
(425) 889-2324    FAX (425) 828-0908

DATED this 9th day of January, 2019

James E. Dickmeyer, PC

By */s/ James E. Dickmeyer*
James E. Dickmeyer  WSBA #14318
Attorney for Defendant

Notice of Appearance - 2

**JAMES E. DICKMEYER, PC**
121 Third Avenue   PO Box 908
Kirkland, Washington  98083-0908
(425) 889-2324