Judge: Christopher M. Alston
Chapter: 7

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JASON L. WOEHLER<br><br>　　　　　Debtors | Case No:　　18-12299-CMA |
| RUSSELL BRANDT<br><br>　　　　　Plaintiff<br><br>vs.<br><br>JASON L. WOEHLER<br><br>　　　　　Defendant | Adv. Proc No:　　18-01169-CMA<br><br>ANSWER |

COMES NOW defendant Jason L. Woehler ("Woehler"), by and through counsel, and for answer to plaintiff's complaint, alleges and states:

1.　　Woehler is without information or belief to admit or deny the allegations in paragraph 1.1 of the complaint and therefore denies the same.

2.　　Woehler admits paragraphs 1.2 and 1.3 of the complaint.

Answer - 1

**JAMES E. DICKMEYER, PC**
121 Third Avenue　PO Box 908
Kirkland, Washington 98083-0908
(425) 889-2324

3. Woehler denies paragraphs 1.4 through 1.12 of the complaint to the extent that such paragraphs contain allegations that require admission or denial.

4. Woehler admits paragraphs 2.1 through 2.3 of the complaint.

5. Answering the assertions and allegations set forth in section III of the complaint, Woehler's response is as follows:

3.1:  denied
3.2 through 3.40:  neither admitted nor denied. Many of the factual assertions contained therein may be considered established or not subject to denial due to issue preclusion principles
3.41 through 3.43:  neither admitted nor denied
3.44 through 3.46:  denied
3.47 through 3.48:  admitted
3.49 through 3.50:  neither admitted nor denied
3.51 through 3.54:  denied
3.55 through 3.56:  admitted
3.57 through 3.64:  denied. The document identified therein speaks for itself.
3.65 through 3.66:  admitted
3.67:  denied
3.68:  denied in part
3.69:  neither admitted nor denied
3.70:  admitted
3.71:  denied. The document identified therein speaks for itself.
3.72:  denied
3.73:  neither admitted nor denied. The document identified therein speaks for itself
3.74:  admitted
3.75 through 3.77:  neither admitted nor denied. The record identified therein speaks for itself
3.78:  admitted
3.79:  admitted
3.80:  neither admitted nor denied
3.81 through 3.82:  admitted
3.83:  neither admitted nor denied. The document identified therein speaks for itself
3.84:  denied
3.85:  neither admitted nor denied. The document identified therein speaks for itself
3.86:  Woehler admits receiving attorneys fees from the Lemieux v. King action

Answer - 2

JAMES E. DICKMEYER, PC
121 Third Avenue   PO Box 908
Kirkland, Washington  98083-0908
(425) 889-2324

3.87:   denied
3.88:   neither admitted nor denied. The document identified therein speaks for itself and its appearance on a court docket is a public record
3.89 through 3.90:   neither admitted nor denied. The document identified therein speaks for itself
3.91:   debtor admits he amended his schedules
3.92:   denied. Woehler's counsel requested the continuance because Woehler's counsel was out of town on the date originally scheduled for the meeting of creditors
3.93:   admitted
3.94:   debtor is without information or belief to admit or deny the allegations in this paragraph and therefore denies the same
3.95:   admitted
3.96:   neither admitted nor denied. The document identified therein speaks for itself
3.97:   neither admitted nor denied. The document identified therein speaks for itself
3.98 through 3.99:   admitted
3.100 through 3.107:   neither admitted nor denied. The testimony of the debtor at the meeting of creditors was recorded and is a public record that speaks for itself.
3.108:   denied
3.109:   admitted
3.110 through 3.112: neither admitted nor denied
3.113:   denied

6. Answering paragraph 4.1 of the complaint, Woehler incorporates by reference his admissions, denials and responses to the allegations in sections I through III of the complaint.

7. Woehler denies paragraphs 4.2 through 4.8 of the complaint.

8. Answering paragraph 5.1 of the complaint, Woehler incorporates by reference his admissions, denials and responses to the allegations in sections I through IV of the complaint.

9. Answering paragraph 5.2 through 5.6 of the complaint, such paragraphs do not contain allegations that can be admitted or denied.

10. Woehler denies paragraphs 5.7 through 5.35 of the complaint.

Answer - 3

**JAMES E. DICKMEYER, PC**
121 Third Avenue   PO Box 908
Kirkland, Washington  98083-0908
(425) 889-2324

Case 18-01169-CMA   Doc 10   Filed 02/13/19   Ent. 02/13/19 14:56:55   Pg. 3 of 4

11. Answering paragraph 6.1 of the complaint, Woehler incorporates by reference his admissions, denials and responses to the allegations in sections I through V of the complaint.

12. Woehler denies paragraphs 6.2 through 6.4 of the complaint.

13. Plaintiff is not entitled to an award of attorneys fees as requested in paragraphs C and D of his prayer for relief.

14. Plaintiff is not entitled to a jury trial as demanded in section VII of the complaint.

Having fully answered the complaint, Woehler prays for the following relief:

1. Dismissal of the complaint with prejudice;

2. Grant such other and further relief as the court deems just and equitable, including awarding Woehler attorney fees and costs that may be taxable on any applicable grounds to the prevailing party in an action to determine dischargeability and an action to deny discharge.

DATED this 13th day of January, 2019

James E. Dickmeyer, PC

By */s/ James E. Dickmeyer*
   James E. Dickmeyer  WSBA #14318
   Attorney for Defendant

Answer - 4

**JAMES E. DICKMEYER, PC**
121 Third Avenue   PO Box 908
Kirkland, Washington  98083-0908
(425) 889-2324