# UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF WASHINGTON

Erin Anderson
Law Clerk to Christopher M. Alston

CHAMBERS
United States Courthouse
700 Stewart Street, #6301
Seattle, WA 98101
(206) 370-5330

February 6, 2020

SaraEllen M. Hutchison
Law Office of SaraEllen Hutchison, PLLC
539 Broadway
Tacoma, WA 98402

James E. Dickmeyer
James E. Dickmeyer, PC
520 Kirkland Way, Ste. 400
PO Box 2623
Kirkland, WA 98083-2623

Samuel R. Leonard
Leonard Law
1001 4th Ave., Suite 3200
Seattle, WA 98154

Re: ***Brandt v. Woehler;*** **Adversary No. 18-01169**

Dear Counsel:

Per the Court's discussion with counsel at the hearing held on February 6, the Court has decided to hold a status conference in this matter on **February 13, 2020, at 9:30 a.m.** You may appear telephonically or in person at Judge Alston's Courtroom, Courtroom 7206, 700 Stewart Street, Seattle, Washington, 98101. Should you choose to appear telephonically, instructions for telephonic appearances are included below.

· Dial: 1–888–363–4749
· Enter Access Code: 8955076#
· Press the # sign
· Enter Security Code: 3564#
· Speak your name when prompted

Do **NOT** put your phone on hold at any time after your call is connected. Please do not hesitate to contact our office should you have any questions.

Sincerely,

*Erin M. Anderson*

Erin Anderson
Law Clerk to the Honorable Christopher M. Alston