**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re:<br><br>JASON L. WOEHLER<br><br>　　　　　Debtors | Case No:　　18-12299-CMA |
| RUSSELL BRANDT<br><br>　　　　　Plaintiff<br><br>vs.<br><br>JASON L. WOEHLER<br><br>　　　　　Defendant | Adv. Proc No:　　18-01169-CMA<br><br>ORDER ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT |

　　　THIS MATTER came before the Court on the motion by defendant Jason L. Woehler for partial summary judgment seeking dismissal of plaintiff's claim for determination of

Order on Defendant's Motion for Partial Summary Judgment - 1

**JAMES E. DICKMEYER, PC**
520 Kirkland Way  Suite 400
PO Box 908
Kirkland, Washington  98083-2623
(425) 889-2324

Case 18-01169-CMA　　Doc 29　　Filed 02/13/20　　Ent. 02/13/20 11:18:58　　Pg. 1 of 2

**Below is the Order of the Court.**

nondischargeability of debt under 11 USC §523(a)(6). Dkt. No. 13. The Court heard argument of counsel and considered the following:

1. Defendant's Motion for Partial Summary Judgment (dkt. 13) and the declarations of James E. Dickmeyer, Jason L. Woehler and Frank M. Huguenin attached thereto;

2. Plaintiff's Response to Motion for Partial Summary Judgment (dkt. 17); and,

3. Defendant's Reply (dkt. 19);

The Court having made findings of fact and conclusions of law pursuant to FRBP 7052 in open court which are incorporated by reference, and for the reasons expresses therein, it is hereby

ORDERED, ADJUDGED AND DECREED that defendant's motion for partial summary judgment is GRANTED. Plaintiff's claim that the debt owing to plaintiff by defendant is nondischargeable under 11 USC §523(a)(6) shall be dismissed with prejudice.

/// End of Order ///

Presented By:

James E. Dickmeyer, PC

By  /s/ James E. Dickmeyer
   James E. Dickmeyer  WSBA #14318
   520 Kirkland Way Suite 400
   PO Box 2623
   Kirkland WA 98083-2623
   (425) 889-2324
   Attorney for Defendant

Order on Defendant's Motion for Partial Summary Judgment - 2

**JAMES E. DICKMEYER, PC**
520 Kirkland Way  Suite 400
PO Box 908
Kirkland, Washington  98083-2623
(425) 889-2324

Case 18-01169-CMA    Doc 29    Filed 02/13/20    Ent. 02/13/20 11:18:58    Pg. 2 of 2