Entered on Docket February 13, 2020

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| In Re: <br><br> JASON L. WOEHLER <br><br> Debtors | Case No: 18-12299-CMA |
| RUSSELL BRANDT <br><br> Plaintiff <br><br> vs. <br><br> JASON L. WOEHLER <br><br> Defendant | Adv. Proc No: 18-01169-CMA <br><br> **ORDER ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

THIS MATTER came before the Court on the motion by plaintiff for summary judgment on plaintiff's claim for determination of nondischargeability of debt under 11 USC

Order on Plaintiff's Motion for Summary Jugdment - 1

**JAMES E. DICKMEYER, PC**
520 Kirkland Way Suite 400
PO Box 908
Kirkland, Washington 98083-2623
(425) 889-2324

Case 18-01169-CMA    Doc 30    Filed 02/13/20    Ent. 02/13/20 11:20:34    Pg. 1 of 3

**Below is the Order of the Court.**

§523(a)(6), for denial of discharge under 11 USC §§727(a)(4), 727(a)(6) and 105. Dkt. No. 15.

The Court heard argument of counsel and considered the following:

1. Plaintiff's Motion for Summary Judgment (dkt. 15);

2. Declaration of Sam Leonard with exhibits attached thereto (dkt. 16);

3. Defendant's Response to Plaintiff's Motion for Summary Judgment (dkt. 18) and the declarations of Jason L. Woehler and James E. Dickmeyer attached thereto; and,

2. Reply to Debtor's Opposition to Plaintiff's Motion for Summary Judgment (dkt. 20);

The Court having made findings of fact and conclusions of law pursuant to FRBP 7052 in open court which are incorporated by reference, and for the reasons expressed therein, it is hereby

ORDERED, ADJUDGED AND DECREED:

1. Plaintiff's motion for summary judgment ~~that the debt owing to plaintiff by defendant is nondischargeable under 11 USC §523(a)(6) is DENIED. By separate order the court granted defendant's motion for partial summary judgment and dismissed plaintiff's claim under 11 USC §523(a)(6) with prejudice;~~

~~2. Plaintiff's claim for denial of discharge pursuant to 11 USC §105 is dismissed with prejudice;~~

~~3. Plaintiff's motion for summary judgment on his claim for denial of discharge under 11 USC §§727(a)(4) and 727(a)(6) is DENIED.~~

/// End of Order ///

Order on Plaintiff's Motion for Summary Judgment - 2

**JAMES E. DICKMEYER, PC**
520 Kirkland Way Suite 400
PO Box 908
Kirkland, Washington 98083-2623
(425) 889-2324

Presented By:

James E. Dickmeyer, PC

By */s/ James E. Dickmeyer*
James E. Dickmeyer  WSBA #14318
520 Kirkland Way Suite 400
PO Box 2623
Kirkland WA 98083-2623
(425) 889-2324
Attorney for Defendant

Order on Plaintiff's Motion for Summary Judgment - 3

**JAMES E. DICKMEYER, PC**
520 Kirkland Way  Suite 400
PO Box 908
Kirkland, Washington  98083-2623
(425) 889-2324

Case 18-01169-CMA    Doc 30    Filed 02/13/20    Ent. 02/13/20 11:20:34    Pg. 3 of 3