Entered on Docket March 20, 2020

**Below is the Order of the Court.**

_____
**Christopher M. Alston
U.S. Bankruptcy Judge**
(Dated as of Entered on Docket date above)

_____

Christopher M. Alston
Bankruptcy Judge
United States Courthouse
700 Stewart Street, Suite 6301
Seattle, WA 98101
206-370-5330

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re<br><br>Jason L. Woehler,<br><br>                Debtor. | Case No. 18-12299-CMA |
| Russell Brandt,<br><br>                Plaintiff,<br>v.<br><br>Jason L. Woehler,<br><br>                Defendant. | Adv. Proc. No. 18-01169-CMA<br><br><br>ORDER ON PLAINTIFF'S MOTION TO CONTINUE DISCOVERY CUT-OFF, TRIAL, AND REMAINING PRETRIAL DEADLINES |

THIS MATTER came before the Court on Russell Brandt (the "Plaintiff")'s Motion to Continue Discovery Cut-off, Trial, and All Remaining Pretrial Deadlines [Dkt. No. 22] (the "Motion"). The Court considered the Motion, the records and files herein, and heard argument of counsel at the continued Status Conference on February 21, 2020 and the hearing on March

ORDER - 1

19, 2020. On February 27, 2020, the Court granted the Plaintiff's Motion in part when it continued the trial dates to May 12 and 13, 2020. *See* Dkt. No. 36. For the reasons stated at the March 19, 2020 hearing, which are incorporated herein by this reference, the Court finds there is good cause to allow the Plaintiff to conduct limited discovery on certain documents recently disclosed by defendant Jason Woehler ("Defendant"). Now, therefore, it is hereby ORDERED as follows:

1. The Plaintiff's Motion is GRANTED in part; and
2. The deadline for discovery stated in the First Amended Notice of Trial and Order Setting Deadlines [Dkt. No. 36] is hereby modified as follows:
    a. Within 14 days of the entry of this order, counsel for Defendant shall deliver to counsel for the Plaintiff the following: (i) all emails in the threads that contain Exhibits D1, D2, or D8 listed on Dkt. No. 39; (ii) all emails between Defendant and Defendant's counsel relating to D3 or D7 listed on Dkt. No. 37; and (iii) a declaration from Defendant's counsel swearing that he has thoroughly searched his emails and has provided all emails required by this Order;
    b. Defendants and Defendant's counsel each shall make themselves available for a separate deposition by the Plaintiff, limited to the documents provided by Defendant's counsel and communications related to those documents, on a date or dates that are mutually agreeable but no later than April 22, 2020; and
    c. Plaintiff shall be entitled to take the depositions, at his expense, via telephone, videoconference or other audiovisual method.

/// END OF ORDER ///

ORDER - 2